**In re R.K.J.**

**Petition of S.P.K.**

Supreme Court of Pennsylvania.

March 6, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of March, 2012, the Petition for Allowance of Appeal is **GRANTED;** the Order of the Superior Court is **VACATED;** and the matter is **REMANDED** to the trial court for further proceedings consistent with this Court's recent decision in *K.E.M. v. P.C.S.,* —— Pa. ——, 38 A.3d 798 (2012).